# Court of Appeals
## Tenth Appellate District of Texas

10-25-00200-CV

In the Interest of P.R.P., D.D.P., M.J.W.P., and E.A.P., Children

On appeal from the
18th District Court of Somervell County, Texas
Judge Alyce Bondurant, presiding
Trial Court Cause No. 24-213-DCFAM-00030

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appealed the termination of his parental rights to his children, P.R.P., D.D.P., M.J.W.P., and E.A.P. Counsel for Appellant has filed a motion to dismiss the appeal, stating that Appellant no longer wishes to prosecute his appeal.

Appellant's motion is granted. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  August 28, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Motion granted
Appeal dismissed
CV06

